H. J. LETTERMAN V. THE STATE.

No. 22517. Delivered May 19, 1943.

The opinion states the case.

*Eugene F. Mathis,* of Lubbock, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a penalty assessed of one year in the county jail for a violation of the liquor laws.

Reference is had to cause No. 22,515 against the same appellant, this day decided, for a discussion of the questions presented by the appeal and the conclusion which we reach.

The judgment of the trial court is affirmed.